UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEWMARK REALTY CAPITAL, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>BGC PARTNERS, INC., et al.,<br><br>    Defendants. | Case No.  16-cv-01702-BLF<br><br>**ORDER RE: REDACTION OF ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>[Re: ECF 134] |

The Court's Order Granting in Part and Denying in Part Plaintiff Newmark Realty Capital, Inc.'s Motion for Preliminary Injunction (ECF 134) has been filed under seal because it contains information that the Court previously allowed to be filed under seal due to its highly confidential and business-sensitive nature.  The parties are ordered to meet and confer by no later than November 27, 2017 and submit proposed redactions to the Court's order (to the extent any redaction is required), as well as supporting declaration(s) and a proposed order.  If no proposed redactions are received by 11:59 p.m. on November 27, 2017, the Court shall unseal the order in its entirety.

**IT IS SO ORDERED.**

Dated: November 16, 2017

_____
BETH LABSON FREEMAN
United States District Judge