**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| NEWMARK REALTY CAPITAL, INC., <br> Plaintiff, <br> v. <br> BGC PARTNERS, INC., et al., <br> Defendants. | Case No. 16-cv-01702-BLF <br><br> **ORDER SETTING CASE MANAGMENT CONFERENCE REGARDING PLAINTIFF'S EMERGENCY MOTION AT ECF 145** |

Plaintiff filed an Emergency Motion for Order to Show Cause Why Defendants Are Not in Civil Contempt of the Court's Preliminary Injunction Order. ECF 145.

Accordingly, the Court sets a Case Management Conference regarding Plaintiff's Emergency Motion **on Monday, December 4, 2017, at 1:30 p.m**. The parties may appear in person at Courtroom 3 or by telephone. Telephonic appearance shall be arranged by contacting Court Call Phone Conferencing at (866) 582-6878 in advance of the hearing.

**IT IS SO ORDERED.**

Dated: December 1, 2017

_____
BETH LABSON FREEMAN
United States District Judge