UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWMARK REALTY CAPITAL, INC., <br> Plaintiff, <br> v. <br> BGC PARTNERS, INC., et al., <br> Defendants. | Case No. 16-cv-01702-BLF (SVK) <br><br> **ORDER ON JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE RE DEFENDANTS' MOTION TO COMPEL ESI FROM PLAINTIFFS** <br><br> Docket No.: 279 |

Before the Court is the parties' Joint Motion for Determination of Discovery Dispute re Defendants' Motion to Compel ESI from Plaintiffs ("Motion"). ECF 279. The Court issued a tentative order on the Motion on April 19, 2018 (ECF 291) and held a telephonic hearing on the Motion on April 23, 2018. After consideration of the parties' submissions and arguments at the hearing, the Court ORDERS as follows:

This Order constitutes a court-ordered modification of the Stipulated Order regarding discovery of electronically stored information in this case, in which the parties agreed that the order "may be modified in the Court's discretion." ECF 168 at ¶ 1. Defendants may not substitute different search terms for those disallowed by the Court, notwithstanding the maximum number of hit terms set forth in the ESI Order or agreed to by the parties. In running searches in accordance with this Order, Plaintiff shall institute the measures discussed at the hearing to exclude "hits" in document letterhead or signature blocks.

////

////

////

////

| **ESI Term** | **Order** |
|---|---|
| 1. "full-service" or "full service" [hit count: 36,829] <br><br> Revised on 3/21 to: (offer! OR provide! OR deliver!) AND ("full-service" OR "full service") [hit count: 31,843] <br><br> Revised on 4/4 to: (full-service OR "full service") AND (debt OR equity OR mortgage OR financ*) [hit count: 3,151] | The Court finds this search term, as revised on April 4, appropriate. |
| 2. integrat* and firm [hit count: 3,261] <br><br> Revised on 3/21 to: integrat* w/5 (firm OR platform OR service* OR company) [hit count: 1,493] | The Court finds this search term, as revised on March 21, appropriate. |
| 3. Newmark Co* [hit count: 197,055] <br><br> Revised on 3/21 to: (Newmark and "Capital Group") [hit count: 8,310] | This search term must be revised to: Newmark w/50 "Capital Group." |
| 4. "Berkeley Point" [hit count: 3,065] <br><br> Revised on 3/6 to: same term for the period January 1, 2010 to the present [hit count: 3,065] | The parties must meet and confer on modifiers to narrow this search term, e.g., narrower date range and/or type of service provided by this affiliate of Defendants. |
| 5. Berkeley [hit count: 26,821] <br><br> Revised on 3/6 to: same term for the period January 1, 2010 to the present [hit count: 25,708] <br><br> Revised on 3/21 to: Berkeley w/25 Financ! For the period January 1, 2010 to the present [hit count: 3,330] | This search term was withdrawn by Defendants. |

2

| **ESI Term** | **Order** |
|---|---|
| 6. Knight [hit count: 9,888] Revised on 4/4 to: Newmark w/25 Knight [hit count: 3,900 (for original custodians); over 10,000 (for expanded list of custodians applicable to term (j) below)] | The Court finds this search term, as revised on April 4, appropriate. This search term is to be run across all custodians that are subject to proposed search term (j), discussed below. |
| 7. ARA [hit count: 5,781] Revised on 3/21 to: same term for the period January 1, 2010 to the present [hit count: 5,631] | The parties must meet and confer on modifiers to narrow this search term, e.g., narrower date range and/or type of service provided by this affiliate of Defendants. |
| Terms 8-19 | Defendant has dropped these search terms. The Court finds the terms to be overbroad and thus appropriately replaced as part of the meet and confer process. |
| 20. Newmark and confus* [hit count: 11,749] | This search term must be revised to: Newmark w/50 confus*. This search term is to be run across all custodians that are subject to proposed search term (b), discussed below. |
| 21. (other w/3 Newmark) [hit count: 10,217] | The Court finds this search term is disallowed because it overly broad, notwithstanding the proximity locator. |
| 22. Cantor [hit count: 6,702] | The parties must meet and confer on modifiers to narrow this search term, e.g., date range and/or type of service provided by this affiliate of Defendants. |
| 23. Grubb [hit count: 11,063] | The parties must meet and confer on modifiers to narrow this search term, e.g., date range and/or type of service provided by this affiliate of Defendants. |
| 24. Newmark and advertis* [hit count: 10,954] | This search term must be revised to: Newmark w/25 advertis*. |
| 25. Milestone [hit count: 4,354] | This search term must be limited to the period January 1, 2015 to the present. |

| **ESI Term** | **Order** |
|---|---|
| 26. Shannon [hit count: 6,896] | This search term must be limited to the period January 1, 2015 to the present. |
| 27. Syers [hit count: 3,082] | The parties must meet and confer on modifiers to narrow this search term, e.g., date range and/or issue. |
| 28. Yi [hit count: 1,120] | The parties must meet and confer on modifiers to narrow this search term, e.g., date range and/or issue. |
| a. (trademark! or trademark or "trade mark" or trade-mark) /50 Newmark | The Court finds this search term appropriate |
| b. Newmark and Confus! | This search term is unnecessary in light of the Court's order on search term 20. |
| c. Name and confus* | The Court rules that use of this search term is disallowed because it is not proportional to the needs identified by Defendants. |
| d. Newmark and Mistak* | The Court rules that use of this search term is disallowed because it is not proportional to the needs identified by Defendants. |
| e. Name and Mistak* | The Court rules that use of this search term is disallowed because it is not proportional to the needs identified by Defendants. |
| f. Newmark and name | The Court rules that use of this search term is disallowed because it is not proportional to the needs identified by Defendants. |
| g. CCRE | The parties must meet and confer on modifiers to narrow this search term, e.g., date range and/or type of service provided by this affiliate of Defendants. |
| h. "New America Network" or "New America" or NAN | The Court rules that use of this search term is disallowed because it is not proportional to the needs identified by Defendants. |
| i. Cornish | The parties must meet and confer on modifiers to narrow this search term, e.g., date range and/or type of service provided by this affiliate of Defendants. |

4

| **ESI Term** | **Order** |
|---|---|
| j. Knight w/25 Newmark | This search term is unnecessary in light of the Court's order on search term 6. |

Should any issues remain with respect to search terms for which the Court has ordered the parties to engage in further meet and confer, the parties must file a joint discovery letter brief that sets forth in a chart each disputed search term and the hit count for each and provides a column for this Court's ruling, no later than April 30, 2018.

**SO ORDERED.**

Dated: April 25, 2018

SUSAN VAN KEULEN
United States Magistrate Judge