UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWMARK REALTY CAPITAL, INC., Plaintiff, v. BGC PARTNERS, INC., et al., Defendants. | Case No. 16-cv-01702-BLF (SVK) **FURTHER ORDER REGARDING DEFENDANTS' MOTION TO COMPEL RESPONSES TO DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSIONS** Re: Dkt. No. 313 |

On April 30, 2018, the Court issued an order requiring Plaintiff to provide promised supplemental responses to certain of Defendants' requests for admissions ("RFAs") by 9:00 a.m. on May 2, 2018, and requesting that the parties notify the Court if disputes concerning those supplemental responses required a hearing. ECF 324. After receiving Plaintiff's Second Supplemental Responses, Defendants requested a hearing, and the Court held a telephonic hearing on the afternoon of May 2, 2018.

After considering the parties' arguments as well as the legal standards as discussed in the Court's April 30 order, the Court ORDERS that Plaintiff must supplement its RFA responses as described below by **5:00 p.m. on May 3, 2018**:

| RFA No. | Order |
|---|---|
| Admissions or denials "subject to" objections | Plaintiff may include a general objection in the preamble of its supplemental responses that its supplemental responses are subject to and without waiver of Plaintiff's objections, identifying the specific document where those objections can be found. Plaintiff must strike similar language from the answers to individual RFAs. |

////

////

| | |
|---|---|
| 81<br>Admit that NRC has no evidence that it has lost any clients due to DEFENDANTS' use of the name Newmark & Company Real Estate. | Plaintiff must revise its response to admit the matter as to the time period prior to January 1, 2016 and deny as to January 1, 2016 to present. |
| 82<br>Admit that NRC has no evidence that it has lost any lending opportunities due to DEFENDANTS' use of the name Newmark & Company Real Estate. | Plaintiff must revise its response to admit the matter as to the time period prior to January 1, 2016 and deny as to January 1, 2016 to present. |
| 83<br>Admit that NRC has no evidence that it has lost any sales revenue due to DEFENDANTS' use of the name Newmark & Company Real Estate. | Plaintiff must revise its response to admit the matter as to the time period prior to January 1, 2016 and deny as to January 1, 2016 to present. |
| 84<br>Admit that NRC has no evidence that it has lost any profits due to DEFENDANTS' use of the name Newmark & Company Real Estate. | Plaintiff must revise its response to admit the matter as to the time period prior to January 1, 2016 and deny as to January 1, 2016 to present. |
| 85<br>Admit that NRC has no evidence of any monetary damages attributable to DEFENDANTS" use of the name Newmark & Company Real Estate. | Plaintiff must revise its response to admit the matter as to the time period prior to January 1, 2016 and deny as to January 1, 2016 to present. |
| 86<br>Admit that NRC has no evidence that it has lost any clients due to DEFENDANTS' use of the name Newmark Knight Frank. | Plaintiff must revise its response to admit the matter as to "Newmark Knight Frank," including the quotation marks, and strike the remainder of the response. |
| 87<br>Admit that NRC has no evidence that it has lost any lending opportunities due to DEFENDANTS' use of the name Newmark Knight Frank. | Plaintiff must revise its response to admit the matter as to "Newmark Knight Frank," including the quotation marks, and strike the remainder of the response. |
| 88<br>Admit that NRC has no evidence that it has lost any sales revenue due to DEFENDANTS' use of the name Newmark Knight Frank. | Plaintiff must revise its response to admit the matter as to "Newmark Knight Frank," including the quotation marks, and strike the remainder of the response. |
| 89<br>Admit that NRC has no evidence that it has lost any profits due to DEFENDANTS' use of the name Newmark Knight Frank. | Plaintiff must revise its response to admit the matter as to "Newmark Knight Frank," including the quotation marks, and strike the remainder of the response. |

| # | Request | Ruling |
|---|---|---|
| 112 | Admit that, since September 2017, no client or prospective client has contacted NRC about the sexual-harassment lawsuit filed against N&CO. in Los Angeles. | Plaintiff must revise its response to insert a period after "Los Angeles" and strike the remainder of the response. |
| 113 | Admit that, since October 2017, no client or prospective client has contacted NRC about the sexual-harassment lawsuit filed against N&CO. in Los Angeles and expressed the belief that N&CO. and NRC are the same company. | Defendants ordered to withdraw RFA No. 113 as subsumed within RFA No. 112; no further response required. |
| 138 | Admit that NRC has no evidence that DEFENDANTS have obtained any new lending opportunities due to confusion regarding NRC's trademark. | Plaintiff must revise its response to insert a period after "Plaintiff's trademark" and strike the remainder of the response. |
| 144 | Admit that NRC is unaware of any person who has visited its website and believed that he or she was visiting DEFENDANTS' website. | Plaintiff must revise its response to insert a period after "Defendants' website" and strike the remainder of the response. |
| 145 | Admit that NRC is unaware of any person who has visited one of DEFENDANTS' websites and believed that he or she was visiting NRC's website. | Plaintiff must revise its response to insert a period after "Plaintiff's website" and strike the remainder of the response. |
| 146 | Admit that NRC has no evidence that its customers or potential customers have signed any agreements to work with N&CO., believing that N&CO. is affiliated with or sponsored by NRC. | Plaintiff must revise its response to insert a period after "any such evidence" and strike the remainder of the response. |
| 147 | Admit that NRC has no evidence that its customers or potential customers have signed any agreements to work with NRC, believing that NRC are affiliated with or sponsored by one of the DEFENDANTS. | Plaintiff must revise its response to insert a period after "any such evidence" and strike the remainder of the response. |

////

////

////

| | |
|---|---|
| 153<br>Admit that NRC has no evidence that one of its customers or potential customers began a financial transaction with N&CO., believing that N&CO. was affiliated with or sponsored by NRC. | Plaintiff must revise its response to insert a period after "any such evidence" and strike the remainder of the response. |

**SO ORDERED.**

Dated: May 2, 2018

SUSAN VAN KEULEN
United States Magistrate Judge