UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWMARK REALTY CAPITAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> BGC PARTNERS, INC., et al., <br><br> Defendants. | Case No. 16-cv-01702-BLF (SVK) <br><br> **ORDER ON JOINT DISCOVERY LETTER BRIEF RE MOTION FOR DETERMINATION OF FURTHER DISCOVERY DISPUTE RE DEFENDANT'S MOTION TO COMPEL ESI FROM PLAINTIFF** <br><br> Re: Dkt. No. 320 |

Before the Court is the parties' Joint Discovery Letter Brief re Motion for Determination of Further Discovery Dispute re Defendant's Motion to Compel ESI from Plaintiff. ECF 320. The Court does not find Defendants' arguments that Plaintiff's internal emails merely referring to companies that Defendants either acquired or affiliated with in the years prior to such relationships compelling. Further, given the inability to narrow these searches in any meaningful way and the resultant hit counts, the Court does not find these ESI requests proportional to the needs of the case. Accordingly, Defendants' motion is DENIED.

**SO ORDERED.**

Dated: May 2, 2018

_____
SUSAN VAN KEULEN
United States Magistrate Judge