# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWMARK REALTY CAPITAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> BGC PARTNERS, INC., et al., <br><br> Defendants. | Case No.16-cv-01702-BLF (SVK) <br><br> **ORDER ON PLAINTIFF'S RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATED TO DAVID MILESTONE AND KEVIN SHANNON** <br><br> Re: Dkt. No. 331 |

On Plaintiff's renewed motion to compel production of documents related to David Milestone and Kevin Shannon (ECF 331), the Court ORDERS Michael Sheinkop to personally conduct a search of his files for all hard copy and electronic documents that discuss why Messrs. Milestone or Shannon were recruited or hired. No later than **May 11, 2018**, Defendants must produce all documents located in this search to Plaintiff or, if no responsive documents are located, must so advise Plaintiff's counsel in writing

**SO ORDERED.**

Dated: May 7, 2018

_/s/ Susan van Keulen_
SUSAN VAN KEULEN
United States Magistrate Judge