UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWMARK REALTY CAPITAL, INC., <br><br>Plaintiff,<br><br>v.<br><br>BGC PARTNERS, INC., et al.,<br><br>Defendants. | Case No. 16-cv-01702-BLF (SVK)<br><br>**ORDER ON CORRECTED JOINT STATEMENT ON PLAINTIFF'S MOTION FOR PROTECTIVE ORDER ON DEFENDANTS' SECOND SET OF REQUESTS FOR ADMISSION (NOS. 164-255)**<br><br>Re: Dkt. No. 337 |

On the Corrected Joint Statement on Plaintiff's Motion for Protective Order on Defendants' Second Set of Requests for Admissions (ECF 337), the Court ORDERS as follows:

- Plaintiff is not required to further respond to the existing Second Set of RFAs (Nos. 164-255).[1] No later than **noon on May 8, 2018**, Defendants may re-serve a reduced set of RFAs. From among the RFAs included in Defendants' Second Set of RFAs, Defendants may select (1) up to 25 substantive RFAs and (2) an unlimited number of RFAs asking Plaintiff to admit or deny the genuineness of any complete document (not portions of documents).

- Plaintiff must serve responses to the reduced set of RFAs, consisting of answers and/or objections, no later than **5:00 p.m. on May 9, 2018.**

- If there are any disputes about the sufficiency of Plaintiff's responses, the parties must submit a jointly-prepared chart by **noon on May 10, 2018.** The chart must contain columns for RFA, response, Defendant's position, proposed compromises, and a blank column for the Court's order. The chart must be filed on ECF and

---

[1] The Court has received Plaintiff's responses to the Second Set of RFAs, which were served on May 7, 2018 and submitted by Defendants to the Court this morning. Despite Plaintiff's service of responses, the parties are to proceed as set forth in this Order.

submitted in Word format to svkpo@cand.uscourts.gov. The Court will inform the parties if a hearing is required; if so, it will be held telephonically at **3:00 p.m. on May 10, 2018.**

In preparing Defendants' revised set of RFAs and Plaintiff's responses, the parties are directed to consider the proper function of RFAs, as set forth in Federal Rule of Civil Procedure 36, as well as the Court's previous rulings on the parties' RFA disputes.

**SO ORDERED.**

Dated: May 7, 2018

_____
SUSAN VAN KEULEN
United States Magistrate Judge