UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NEWMARK REALTY CAPITAL, INC., | Case No. 16-cv-01702-BLF (SVK) |
|---|---|
| Plaintiff, | **ORDER ON JOINT STATEMENT RE FURTHER MOTION TO COMPEL RESPONSE TO DEFENDANT NEWMARK & COMPANY'S FIRST SET OF INTERROGATORIES** |
| v. | |
| BGC PARTNERS, INC., et al., | |
| Defendants. | Re: Dkt. No. 338 |

On the parties' Joint Statement Regarding Further Motion to Compel Response to Defendant Newmark & Company's First Set of Interrogatories, the Court ORDERS as follows:

| **Interrogatory No.** | **Order** |
|---|---|
| 1 | Defendant's motion is granted in part. As to 2018 financial data, the parties must meet and confer and come to an agreement by **May 15, 2018** as to the exchange of financial data at least through June 2018 for use at trial. |
| 2 | Defendant's motion is granted in part. By **May 15, 2018,** Plaintiff must provide a supplemental response identifying the damages period and a reasonable, good faith estimate of damages in each category identified, without limitation on Plaintiff's ability and obligation to supplement its interrogatory responses as additional information becomes available. |
| 3 | Defendant's motion is granted in part. By **May 15, 2018,** Plaintiff must confirm production of or produce communications with each of the third parties identified in its response, to the extent such communications have not been produced previously by the third parties. |

| | | |
|---|---|---|
| 4 | | Defendant's motion is denied. |
| 5 | | Defendant's motion is denied. |

**SO ORDERED.**

Dated: May 8, 2018

_Susan van Keulen_
SUSAN VAN KEULEN
United States Magistrate Judge