UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEWMARK REALTY CAPITAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BGC PARTNERS, INC., et al.,<br><br>Defendants. | Case No. 16-cv-01702-BLF<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO SUBMIT NEW EVIDENCE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>[Re: ECF 607] |

On October 26, 2018, Plaintiff filed a Request to Submit New Evidence of Irreparable Harm in Support of its Motion for Summary Judgment ("Request"). ECF 607. The same day, the Court filed its Order Denying Defendants' Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment ("Order"). ECF 611.

Plaintiff provides no grounds for why the Court should consider new evidence at this late stage, two months after the summary judgment hearing. Where, as here, a post-reply submission does not fall within an itemized exception under Civil Local Rule 7-3(d), the Court may grant or deny leave to submit the new material in "the exercise of [its] discretion." *See In re Nat'l Collegiate Athletic Ass'n Athletic Grant-in-Aid Cap Antitrust Litigation*, 2018 WL 1524005, at *1 n.2 (N.D. Cal. Mar. 28, 2018).

Exercising its discretion, the Court declines to grant Plaintiff leave to submit new evidence at this stage. Plaintiff has not articulated sufficient grounds to warrant such leave.

**IT IS SO ORDERED.**

Dated: November 2, 2018

BETH LABSON FREEMAN
United States District Judge