UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEWMARK REALTY CAPITAL, INC., <br> Plaintiff, <br> v. <br> BGC PARTNERS, INC., et al., <br> Defendants. | Case No. 16-cv-01702-BLF <br><br> **ORDER RE DATE FOR DAUBERT HEARING** |

As discussed on the record at the case management conference held before the Court on November 2, 2018, the *Daubert* hearing scheduled for November 16, 2018, is VACATED. The Court is awaiting confirmation from the parties of election of the new date.

**IT IS SO ORDERED.**

Dated: November 9, 2018

_____
BETH LABSON FREEMAN
United States District Judge